# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 18-cv-01533-RM-MJW

MESSNER REEVES, LLP,

    Plaintiff,

v.

RSUI INDEMNITY COMPANY, d/b/a RSUI GROUP, INC.

    Defendant.

---

# ORDER
---

This matter is before the Court upon consideration of Plaintiff's response to the Court's Order to Show Cause and related Amended Complaint (collectively, "Response"). (ECF Nos. 10, 11.) The Court finds the Response wanting in two respects. First, the Response fails to recognize that a corporation (here, Defendant) is a citizen of the state of its incorporation *and* its principal place of business. The Response addresses the former (New Hampshire) but not the latter (Georgia). Second, the Response fails to identify the citizenship of *all* of Plaintiff's partners, as only the non-citizenship of its *equity* partners is disclosed. The Court expects these omissions in the Response were due to oversights and not due to a lack of candor.

The Court will allow Plaintiff one final opportunity to show that diversity jurisdiction exists and allow a supplementation on or before **12:00 p.m. (noon) on Monday, July 2, 2018**. The failure to do so shall result in the dismissal of this action without prejudice.

**SO ORDERED.**

DATED this 28th day of June, 2018.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge